1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4
   Attorney for Defendant
5  JUAN MEJIA-VIZCAINO

6                IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           Case No.: 2:09-CR-451 FCD

10         Plaintiff,                  STIPULATION AND ORDER
                                       VACATING DATE, CONTINUING
11                                     CASE, AND EXCLUDING TIME
12     vs.

13 JUAN MEJIA-VIZCAINO,                DATE:   November 30, 2009
                                       TIME:   10:00 a.m.
14         Defendant.                  JUDGE:  Hon. Frank C. Damrell, Jr.

15

16

17 IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel

19 for Defendant JUAN MEJIA-VIZCAINO, that the status conference scheduled for

20 November 30, 2009, at 10:00 a.m., be vacated and the matter continued to this Court's

21 criminal calendar on January 11, 2010, at 10:00 a.m. for further status conference.

22      Defense counsel seeks additional time to prepare and confer with his client.

23      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

24 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

25 (Local code T-4), and that the ends of justice served in granting the continuance and

26 allowing the defendants further time to prepare outweigh the best interests of the public

27 and the defendant to a speedy trial.

28

| | |
|---|---|
| DATED: November 25, 2009 | /S/     Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Defendant<br>Juan Mejia-Vizcaino |
| | /S/     Michael Anderson_____<br>MICHAEL ANDERSON<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 30, 2009, at 10:00 a.m., be vacated and the matter continued to January 11, 2010, at 10:00 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: November 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE