CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055


Attorney for Defendant
JUAN MEJIA-VIZCAINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN MEJIA-VIZCAINO,<br><br>    Defendant. | Case No.: CR.S-09-451 FCD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   January 11, 2010<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JUAN MEJIA-VIZCAINO, that the status conference scheduled for January 11, 2010, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on February 16, 2010, at 10:00 a.m. for further status conference.

    Defense counsel seeks additional time to prepare and confer with his client.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

| | |
|---|---|
| DATED:      January 8, 2010 | /S/     Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Defendant<br>Juan Mejia-Vizcaino |
| | /S/     Michael Anderson_____<br>MICHAEL ANDERSON<br>Attorney for Plaintiff |

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 11, 2010, at 10:00 a.m., be vacated and the matter continued to February 16, 2010, at 10:00 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  January 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE